IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK GILSON *et al.*, *Plaintiffs* | : : : | CIVIL ACTION |
| v. | : : | No. 20-758 |
| CITY OF PHILADELPHIA *et al.*, *Defendants* | : : : | FILED UNDER SEAL |

## ORDER

AND NOW, this 26th day of October, 2021, upon consideration of the City of Philadelphia and Lawrence Krasner's Motion for Summary Judgment (Doc. No. 23) and exhibits, the City of Philadelphia and Mr. Krasner's Statement of Material Facts (Doc. No. 23-6), the responses and replies thereto with exhibits (Doc. Nos. 27, 28), and the Court having conducted oral argument on July 1, 2021, it is **ORDERED** that:

1. The Motion for Summary Judgment (Doc. No. 23) is **DENIED**.

2. The parties shall inform the Court by November 2, 2021 whether the Memorandum should be kept under seal in whole or in part, with a short accompanying explanation.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1