IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK GILSON and E. MARC COSTANZO<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA and LAWRENCE KRASNER<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:20-cv-00758 |

## STIPULATION TO DISMISS DEFENDANT LAWRENCE KRASNER

The parties hereby agree to dismiss Defendant Lawrence Krasner from the above-captioned matter with prejudice and without assessment of fees and costs.

/s/ Robert A. Davitch
Robert A. Davitch, Esq.
Sidney L. Gold, Esq.
Traci M. Greenberg, Esq.
Counsel for Plaintiffs

/s/ Lisa Swiatek
Lisa Swiatek, Esq.
Counsel for Defendant
The City of Philadelphia

/s/ David Smith
David Smith, Esq.
Anne Kane, Esq.
Samantha Banks, Esq.
Counsel for Defendant Lawrence Krasner

Date: September 8, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK GILSON**<br>and<br>**E. MARC COSTANZO**<br>　　　　　　　　Plaintiffs,<br>　　　　v.<br>**CITY OF PHILADELPHIA**<br>and<br>**LAWRENCE KRASNER**<br>　　　　　　　　Defendants. | : : : : : : : : : : : : : | **CIVIL ACTION**<br><br>No. 2:20-cv-00758 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, the foregoing Stipulation to Dismiss was electronically filed, and is available for viewing and downloading via the Court's ECF system.

　　　　　　　　　　　　　　　　　　　　　　/s/ Lisa Swiatek
　　　　　　　　　　　　　　　　　　　　　　Lisa Swiatek, Esq.